UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIK C. STONEBRAKER, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commission of Social Security, <br><br> Defendant. | Case No. 2:13-cv-1238-APG-GWF <br><br> **Order Accepting Findings and Recommendation and Remanding Case** <br><br> (Dkt. ## 14, 15, 20) |

On June 5, 2014, Magistrate Judge Foley entered his Findings and Recommendation [Dkt. #20], recommending that Plaintiff's Motion for Remand and/or Reversal [Dkt. #14] be granted in part, and recommending that the case be remanded for further proceedings consistent with the terms of the Findings and Recommendation. Judge Foley further recommended that defendant's Cross-Motion to Affirm [Dkt. #15] be denied. No objection has been filed to Judge Foley's Findings and Recommendation. I have conducted a de novo review of the issues set forth in the Findings and Recommendation pursuant to Local Rule IB 3-2. Judge Foley's Findings and Recommendation sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

IT IS HEREBY ORDERED that Judge Foley's Findings and Recommendation is accepted, Plaintiff's Motion for Reversal or Remand [Dkt. #16] is GRANTED IN PART, Defendant's Cross-Motion to Affirm [Dkt. #18] is DENIED, and this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of Judge Foley's Findings and Recommendation.

Dated: July 28, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE